186

1. Copy of petition (in French) . . . . . . . . *Printed in Vol. 2*
2. Copy of letter from secretary of treasury . . . . "
3. Copy of remission of penalty . . . . . . . . "
4. Capias and return in action of debt . . . . . . . . . .
5. Subpoena for Samuel Osburn . . . . . . . . . . .
6. Subpoena for Louis Charles Boite and Silas Clop . . . . . . . .

THOMAS McCRAE, JR.

v.

ELIZABETH McCRAE

1809

Journal Entries

1. Bill of complaint filed . . . . . . . . *Journal, infra,* *p. 252
2. Appearance . . . . . . . . . . . . " 252
3. Answer filed; replication; submission . . . . . " 253
4. Findings; decree . . . . . . . . . . . " 254

Papers in File

[None]